In the Matter of the Accounting of Public Administrator of Kings County, as Administrator of the Estate of HENRY HAFFNER, Deceased.

Surrogate's Court, Kings County, September 17, 1954.

*Daniel G. Connolly* for administrator, petitioner.

*Adrian P. Burke, Corporation Counsel (Philip Sokol* of counsel), for Commissioner of Welfare.

*Hannah S. Siegel,* special guardian for John Haffner and others.

RUBENSTEIN, S. The assignment executed by the decedent's widow of all of her claim, right, title and interest in and to her husband's estate includes within its scope the exemption of $1,000, to which she was entitled under subdivision 4 of section 200 of the Surrogate's Court Act. The said exemption vested in her upon her husband's death (*Crawford* v. *Nassoy,* 173 N. Y. 163; *Matter of Macneal,* 174 Misc. 947), and there is no statutory prohibition against such an assignment (Personal Property Law, §§ 41, 32), nor is it against public policy.

Proceed accordingly.